IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BLAINE GRAYSON,

                Petitioner,

   v.                                            ORDER
                                                       07-C-560-S
STATE OF WISCONSIN,

                Respondent.
_____

Respondent moves to dismiss for failure to exhaust state remedies. He also moves to stay the filing of a response to petition pending disposition of said motion to dismiss. Respondent's motion to stay the filing of a response will be granted. Petitioner shall respond to respondent's motion to dismiss not later than November 20, 2007.

ORDER

IT IS ORDERED that respondent's motion to stay time for filing response is GRANTED.

IT IS FURTHER ORDERED that petitioner shall respond to respondent's motion to dismiss not later than November 20, 2007.

Entered this 2nd day of November, 2007.

                                    BY THE COURT:

                                    /s/

                                _____
                                JOHN C. SHABAZ
                                District Judge